**Motion Granted and Order filed July 10, 2018.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00576-CV
_____

**ROB ROY HOMEOWNERS ASSOCIATION, INC., TRENNIS L. JONES, GROVA L. JONES, DAMON A. DAVIS, AMY E. DAVIS, ZULFIQAR M. SALAM, AND EDWARD NEUSEL, Appellants**

**V.**

**BRANDYWINE ACQUISITION PARTNERS, LP, G5 TEXAS DEVELOPMENT LLC, JIM GALLEGOS, AND 360 DEVELOPMENT LLC, Appellees**

**On Appeal from the 98th District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-14-000229**

## ORDER

The court abated this appeal on April 16, 2018 to allow the parties to engage in settlement discussions. On July 2, 2018, the parties filed a joint motion to stay the appeal and extend the abatement period to allow the parties to finalize their agreement. The motion is granted. Accordingly, we issue the following order.

The court's abatement order issued April 16, 2018 is extended until August 1, 2018. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Justices Busby, Brown, and Jewell.